■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK WALKER, Appellant. [759 NYS2d 361] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered May 21, 1999, convicting him of manslaughter in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]; *People v Udzinski,* 146 AD2d 245 [1989]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). S. Miller, J.P., Krausman, Luciano and Mastro, JJ., concur.